#### 67409. LASTINGER v. WAITES et al.

BIRDSONG, Judge.
The issue raised by this appeal is essentially identical to that in our recent decision in *Hyde v. Klar,* 168 Ga. App. 64, (308 SE2d 190), and is controlled thereby. Accordingly, the judgment of the trial court in refusing to dismiss the estate of the deceased driver of the deceased plaintiff's vehicle, as impleaded third party defendant, is affirmed.

*Judgment affirmed. McMurray, C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 13, 1984 —
REHEARING DENIED FEBRUARY 7, 1984 —

*Ralph F. Simpson,* for appellant.

*J. Harvey Davis, Glenn Whitley,* for appellees.